JS - 6

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   CENTRAL DISTRICT OF CALIFORNIA
8
9   SANRIO, INC.; DC COMICS; and          )   CASE NO. CV 08-06291 MMM (FMOx)
10  DISNEY ENTERPRISES, INC.,             )
                                          )
11            Plaintiffs,                 )
                                          )   JUDGMENT FOR PLAINTIFFS
12        v.                              )
                                          )
13                                        )
    I&I SPORTSWEAR d/b/a JJ               )
14  SPORTSWEAR; JESUS FELIX, an           )
    individual; and DOES 1-10, inclusive,  )
15                                        )
              Defendants.                 )
16  _____  )
17
18        On September 24, 2008, Sanrio, Inc., DC Comics, and Disney Enterprises, Inc.

19  ("plaintiffs") filed this action for trademark and copyright infringement and trademark dilution

20  against I&I Sportswear d/b/a JJ Sportswear and its manager, Jesus Felix (collectively

21  "defendants").  Defendants did not answer or otherwise respond, and the clerk entered their

22  defaults on December 15, 2008.  Thereafter, plaintiffs moved for entry of default judgment

23  against both defendants.  In an order dated July 24, 2009, the court granted plaintiffs' motion for

24  default judgment and injunctive relief.  Accordingly,

25
26        IT IS ORDERED AND ADJUDGED that
27        1.      Plaintiffs shall recover from defendants I&I Sportswear d/b/a JJ Sportswear
28

and Jesus Felix, jointly and severally, statutory damages of $120,000 for copyright infringement, as well as $6,000.00 in attorneys' fees pursuant to 17 U.S.C. § 505.  Plaintiffs shall also recover post-judgment interest at a rate of **0.48%**.

2.      Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the injunction are hereby restrained and enjoined from:

A.      Infringing plaintiffs' copyrights, either directly or contributorily, in any manner, generally including, but not limited to, manufacturing, importing, distributing, advertising, selling and/or offering for sale any merchandise which features any of plaintiffs' copyrights, and, specifically:

i)      Importing, manufacturing, distributing, advertising, selling and/or offering for sale the counterfeit products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of plaintiffs' copyrighted designs;

ii)     Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection with products manufactured, distributed, advertised, sold or offered for sale any unauthorized promotional materials, labels, packaging or containers that depict, reproduce, copy or use the likenesses of or bear a confusing similarity to any of plaintiffs' copyrighted designs;

iii)    Engaging in any conduct that tends falsely to represent, or is likely to confuse, mislead, or deceive purchasers, defendants'

2

customers and/or members of the public to believe, that the actions of defendants, the products sold by defendants, or the defendants themselves are connected with plaintiffs, are sponsored, approved or licensed by plaintiffs, or are affiliated with plaintiffs;

iv)   Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending falsely to describe or represent such goods as being those of plaintiffs.

B.   The copyrights covered herein are: Hello Kitty (VA 130 420), Superman (TX 5-581-762), Batman (TX 5-593-461), *Peter Pan* (RE 64 027), *The Little Mermaid* (PA 431 543), *Cinderella* (R 648 396), *Snow White and the Seven Dwarfs* (R 354 235), *Beauty and the Beast* (PA 542 647), *Sleeping Beauty* (RE 296 296), *Aladdin* (PA 583 905), *Cars* (PA 1 322 908), and *The Incredibles* (VA 1 252 351) (collectively, "plaintiffs' copyrights").

3.   Defendants are ordered to deliver for destruction all counterfeit products, and any other unauthorized products that depict, reproduce, copy or use the likenesses of or bear a substantial similarity to any of plaintiffs' copyrighted designs, and any labels, signs, prints, packages, dyes, wrappers, receptacles and advertisements relating thereto in their possession or under their control bearing any of plaintiffs' copyrighted designs, or any simulation, reproduction, counterfeit, copy, or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making

3

1    the same.

2

3    DATED: July 24, 2009

4                                                  MARGARET M. MORROW
                                                   UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                         4